Hinshaw & Culbertson, for appellant; Oswell G. Treadway, of counsel; John A. Brown and Charles C. Kirk, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 14, 1949; rehearing denied November 23, 1949; released for publication November 23, 1949.

## Arco Electronics, Inc., Appellee, v. Product Manufacturing and Engineering Corporation, Appellant.

### Gen. No. 44,577.

Otto M. Hamer and John P. Derning, for appellant; Charles D. Kern, of counsel; Blanksten & Lansing, for appellee; I. L. Kovitz, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed October 25, 1949; released for publication November 18, 1949.

## People of State of Illinois ex rel. John S. Rusch, Appellee, v. Theresa Partipilo et al., Appellants.

### Gen. No. 43,997.